**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JOYCE CARTWRIGHT,** ) | **CASE NO.  1:08CV1055** |
| ) | |
| Plaintiff, ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| **CUYAHOGA COUNTY DEPT. OF** ) | |
| **CHILDREN AND FAMILY SERVICES** ) | |
| Defendants. ) | |

**CHRISTOPHER A. BOYKO, J.**:

The instant Complaint was filed by Plaintiff *pro se*, Joyce Cartwright, on April 24, 2008. Plaintiff received written notice from the Court that she was required to perfect service on all Defendants by August 24, 2008, according to Fed. R. Civ. P. 4(m).  Plaintiff filed a motion for an extension of time; and on August 27, 2008, the Court granted Plaintiff an extension until September 9, 2008, within which to perfect service on the Defendants in the above-captioned matter.  Service has not been completed on any Defendant as of today's date; and, since this same Complaint was previously filed and dismissed, this action is dismissed with prejudice for want of prosecution.

**IT IS SO ORDERED.**

**DATE: September 15, 2008**

 **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**